# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEBORAH BEVELLE,

    Plaintiff,

v.   Case No.   07-14136

COMMISSIONER OF SOCIAL SECURITY,   District Judge Arthur J. Tarnow

    Defendant.   Mag. Judge Mona K. Majzoub

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION [12]; DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT [7,9]; AND REMANDING CASE

The court ADOPTS Magistrate Judge Majzoub's report and recommendation. No objections were filed.

Accordingly, this case is REMANDED for further consideration as set forth in Magistrate Judge Majzoub's report.

    SO ORDERED.

                        S/ARTHUR J. TARNOW
                        Arthur J. Tarnow
                        United States District Judge

Dated: December 18, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 18, 2008, by electronic and/or ordinary mail.

                        S/Lisa Ware for THERESA E. TAYLOR
                        Case Manager